# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JARROD PALMER,** : | |
| **Plaintiff,** : | **CIVIL ACTION NO. 3:17-2369** |
| v. : | |
| **THE CITY OF SCRANTON,** *et al.*, : | **(JUDGE MANNION)** |
| : | |
| **Defendants** | |

## O R D E R

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** All of the plaintiff's claims against Lubeck, Knoch, Stanek, and the Doe defendants in their official capacities are **DISMISSED WITH PREJUDICE**.

**(2)** The partial motion to dismiss plaintiff's amended complaint, **(Doc. 16)**, of the defendants, **(Doc. 21)**, with respect to Counts I and III, is **DENIED IN ITS ENTIRETY**.

**(3)** All of the named defendants are directed to file their answer to the plaintiff's amended complaint **on or before July 13, 2018**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 29, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2369-01-ORDER.wpd